**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00518-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**HYO YU, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F15-12283-J**

## ORDER

We **GRANT** appellee's September 30, 2016 second motion to extend time for filing appellee's brief. We **ORDER** the brief be filed no later than October 30, 2016. Absent extraordinary circumstances, the Court will not grant any further extensions on appellant's brief.

/s/ ADA BROWN
JUSTICE